(Translation of Letter from Le Wei Zheng)

June 18, 2021

Your Honor,

Thank you for giving me this opportunity to write to you about my remorse.

I came to the United States when I just turned twenty. With no certainty in my future, I hoped to live my life seriously, and work hard. Later I had my complete small family of four, with a hard-working husband and two considerate and kind-hearted children. When my daughter was born, she had hemangioma – a piece of red cloud on her face. I prayed in my heart countless times to have her red cloud fade away and I was even willing to shorten ten years of my life for that. Every time when I was on subway and saw people having red cloud on their faces, I wept silently. I told myself that I need to stay strong for my two little children. Praise God for HIS grace – when my daughter was four years old, the red cloud slowly faded and went away. Now she has grown into a beautiful young lady.

The morning of my arrest totally terrified me. My vision even started to get blurry and my body trembled. My mind ran all possibilities and failed to perceive why it had happened. I had thought that there might be some misunderstanding. Later, my attorney explained to me about the case and I realized that there was no misunderstanding here. I was wrong. I sold some of my company's bags to a customer – a person I knew would attach counterfeit tags to generic bags and help him deliver the bags to locations he designated. My conduct damaged my integrity. As a business owner, I feel ashamed. As a mother, I feel ashamed. I teach my children to be upright, law-abiding, and loving people, but my husband and I committed a crime ourselves. We are truly wrong. Sorry, sorry to all who are sitting here. I also feel sorry for my elderly parents – we made them worry about us and be disappointed with us. I apologize to my children who also worry about us.  We are not good examples. I apologize to my brothers and sisters and friends who worry about us and at the meantime I am grateful for all their enlightenment when I was in panic and terror. Thank you. I will guarantee to all of you that I will never ever commit any crime again. I will make every effort to be a contributive member to the society.

Again, I am sorry.

Thank you for your time, Your Honor.

Sincerely,

Le Wei Zheng

尊敬的法官大人您好

感谢您有机会与您交谈。通过这封信，我要对我的行为表示悔恨。

二十出头来到美国，不知会发生什么。无论如何，我希望认真生活，努力工作。我有了一个完整的小家，一个勤奋的老公和两个懂事而善良的孩子。当我女儿出生时，她的脸上长出了一片红红的云，我无数次在心里祈祷 能让我女儿退去红色的一片云，让我短十年都可以。每次在火车上看到别人的脸上有红红的云，我都会默默地哭泣。但我需要为我的两个年幼的孩子保持坚强。感谢上天眷顾，我女儿四岁的时候，那片红云慢慢变淡，现在她已经成为美丽的少女。

被捕的早晨，我被吓了一跳。我的视力开始模糊，我的身体开始颤抖。我脑子里跑遍了所有的可能性，但仍然无法理解为什么会发生这种事。我认为一定有一些误解。后来，经过律师的讲解，我意识到没有误解。我错了。我把我公司的包包卖给了一位顾客，尽管我知道他在普通袋子上贴了伪造的商标，而且还帮助他运送到他指定的地方。这样做，我损害了我的正直。作为一个企业主，我很惭愧。作为一个母亲，我很惭愧。我教我的孩子要正直、守法、要有爱心，然而我们却都犯了法。我们真的错了。对不起，对不起在座的所有人，对不起年迈的父母 - 让您们担心与失望了，也对不起孩子们 - 让你们也担心了。我们不是好榜样；也对不起兄弟姐妹们及朋友们让大家担心了。同时我感謝大家在我恐惧不安的时候陪伴与开导，谢谢你们。我要向您们保证我再也不会犯这种错误了，我将尽我所能做一个对社会有用的人。再向大家说声对不起……

谢谢您法官大人花时间阅读


郑乐微 6/18/2021

June 9, 2021

Dear Judge Brian Cogan,

I am the son of LeWei Zheng. I was shocked when I heard about the charges against my mother. My mother is one of the hardest working and most caring people I know.

Growing up, I saw how dedicated my mother was to providing a better life for me and my sister. My mother did not come from a wealthy background, and was the first of her family to come to America by herself in search of opportunities. Everything she has achieved, she accomplished through sheer determination. She taught me that I should not take anything for granted and that with hard work anything is possible.

My mother was not able to finish her own education due to having to provide for her family. Therefore, she feels that education can provide my sister and me opportunities that she never had. She pushes us to succeed the best we can academically, so that we can hopefully have an easier life. As a child of immigrants, I was enrolled in English as a second language classes in elementary school. Every day after dinner, my mother would try her best to help me with my schoolwork. She did not know much english herself, but tried her best to teach me what she did know from interactions with her customers. Her being there by my side and determination to see me succeed is what motivated me to try my best in school. This involvement in my education continued throughout my childhood with after school lessons and weekend visits to the library.

However, despite the focus on academia, my mother always emphasized the importance of character and compassion. I remember during my first year commuting for high school, I encountered a lady at Penn Station who was asking for money. She told me that she had a family emergency at a hospital and needed money to buy a ticket. I immediately gave her money for a ticket and did not think about it any further. However, the next day the same lady approached me again with the same story and asked for money. When I got home, I told my mom what had happened and said how I should have known better. She told me that even though I am upset that I got tricked, I did the right thing. I had the opportunity to help someone and took it. She said I did not know that the lady with the family emergency was lying, and if there were an actual emergency I would have made a meaningful impact on her.

Her faith in me and others have molded the worldview I have today, and is a reason that I have chosen healthcare as the profession I want to enter. My mother has expressed a lot of remorse for what she has done after learning about the ethical and financial implications her actions have. She is using this experience as an opportunity for reflection and growth.

Thank you for your time and I hope that this letter will be a factor in your decision.

Sincerely,
Jack Chung

Dear Judge Brian M. Cogan,

My name is Jenny Chung, the daughter of Le Wei Zheng. I am a first-year student at the Sophie Davis School of Biomedical Education BS/MD program.

When I opened the door for law enforcement that morning, I was in utter shock and truthfully – disbelief. Watching as officers handcuffed my parents, I lost feeling in my legs; the world began to spin and blur. I have never even considered the possibility of police in my home. I watched helplessly as my parents were taken away. After my parents left, the anxiety only got worse because I didn't know when I would see them again. I have no knowledge about the processes of the justice system and never thought I would need to. Even now, my heart stops a little when I hear loud knocking.

I am fully aware of the impact of my parent's unlawful actions and made sure my parents were too. My mother is ashamed of her involvement and I often worry that it will affect her mental health. I am aware of her wrongdoings, but I would still like to write this letter to you to convey that my mother is a hardworking woman with a strong moral compass. As her daughter, I have gotten a glimpse of the many roles she plays in helping others. I see her compassion through acts of service and smaller gestures of kindness – which speaks volumes about her character. While waiting for the train, she often buys food for homeless individuals at Penn Station and sometimes even misses trains in the process. Since she taught me the value of money from a young age, her actions perplexed me at first. However, as these acts became normalized, her habits showed she prioritized humanity. My mother seeks fulfillment in giving and never hesitates to help when she can. Being the strategy-driven person that I am, I still have a lot to learn from her.

My mother is a bubbly person that can light up any room she walks into. For this reason, many customers prefer my mother, despite any language or cultural barriers. Her honesty and genuine insight shine through even with minimal English. At home, my mother is essentially a godmother to all six of my first cousins. She makes sure we have enough for our soccer team size family at all times. Sometimes I forget that I only have an older brother. She takes on our problems as her own and tries to constantly ensure that we are all being taken care of. It's hard to be close with everyone but somehow my mother makes it work. I am confident that anyone who has had a conversation with my mother would agree that she is a warm person with a contagious laugh and an unbelievable intuition.

As fearless as she may seem, my mother is a very careful, and anxious person. She values timeliness and constantly fears coming off as rude or disrespectful. She heeds to rules and authority, consequently also making her the safest driver I know. My mom is adaptable and quick to admit wrongdoings. My parents have always taught me the significance of acknowledging faults, taking responsibility, and, most importantly, learning from these moments.

Thank you for taking the time to read this letter. I sincerely hope that this statement can convey my mother's tenderhearted nature and can add to the factors to consider in making your decision.

Sincerely,
Jenny Chung

Translation of Letter from Zhong Yue Yang, cousin of Le Wei Zheng

September 16, 2020

Your Honor,

My name is Zhong Yue Yang, and I am Le Wei's cousin.

I was in shock when I heard that my cousin, Le Wei, was arrested. I could not believe that she would do anything illegal. She later explained to me what had happened and told me that she was very regretful for what she did. We grew up together like sisters. Because we are close in age, I could say that I understood her more than her younger sister. I implore Your Honor to spend your treasured time to read my letter in order to know Le Wei's character in a whole picture.

My cousin, Le Wei, has been a diligent and considerate person since her childhood. She respects the elderly and cares about the young. All of our family and friends like her. I remember when she was in junior high school, we went to the bathroom during recess. She found a gold necklace with a large pendant, which later turned out to be the engagement gift of our teacher. She ran to the teacher's office and gave the necklace to the Lost and Found. She said that it was not her stuff and she would not keep it. She was skinny and small when she was in junior high school. When the school had started construction on a new building and needed volunteers to help moving the bricks, she was the most diligent one. Her children are just like her enjoying in volunteer works and helping people.

For all these years, my cousin and her husband Si Lung have worked very hard, been thrifty, and loved each other dearly. Their children are smart and considerate. They have shown us great care. I became depressed because of the pressure of life and overwork. In 2012, I, at the age of 34, was diagnosed with Parkinson's Disease. My health slowly worsened over time. I bore extremely pain physically and mentally. My parents are in China, so Le Wei is my closest family here. It is her support and companion that helped me to pull through all these years. No matter how busy she is, she would always visit me a couple of times a week, spend some time with me and talked to me. I could say that she is my therapist. In many circumstances, she eased my emotions and encouraged me. In my daily life, she provided me with many conveniences. She often came with the favorite food that my children and I enjoyed. She drove us to shopping. My legs are weak and the stiffness of my body and limbs caused a lot of pain and tortured me. I almost collapsed and thought of giving up. Thinking of my elderly parents and young children, I cried helplessly and asked what I shall do? It is my cousin who encouraged me again and again and helped me not to give up but to be strong and live on. The technology is advancing and the medicines to treat my illness maybe discovered one day soon. She persuaded me to have patience. She directed my eyes upon my lovely children who need me, and my family for being as a whole is a blessing. I need to be strong to let my children have dad and mom and love so that they will grow up healthily. My cousin is my light who leads my way. Her unconditional help touched me very deeply. My cousin is already kind. She always says that she is my family and has obliged to take care of me. She told me that she treats other people the same way, especially when someone need help, she never hesitated to offer her helping hands. She asked me not to have any burden about her help and as long as I need, she will be my side. In any emergent situation, especially

when I do not feel good, she asked me not to be afraid and contact her immediately. She often says that she wishes her children to be medical workers so that they can help more people in pain or illness. I heavily rely upon my cousin emotionally and in my life. I also worry about her. I hereby implore Your Honor to forgive her mistake. I can affirmatively say that she is a loyal and kind person. She knew she made a mistake and beg Your Honor to be lenient on her.

Cordially,

Zhong Yue Yang

亲爱的法官大人

您好！我是杨忠月，是郑乐微的表妹。

当我知道我表姐郑乐微被抓的事件时我相当的震惊。我都不敢相信她会做什么违法的事情。她和我解释了事情的前因后果，她说自己很后悔也懊恨自己的不该。我和她是从小玩大的表姐妹，因为年龄相仿，可以说我比她妹妹更了解她，在此我想恳求法官大人可以给我您宝贵的时间来阅读我一下我的信来更全面的了解她的为人品质。

表姐郑乐微，从小就勤劳懂事，尊老爱幼，会礼让，家里的亲朋好友都很喜欢她。她小时候读书不怎么好，但是她也荣获过很多嘉奖，最美中学生奖，劳动奖，拾金不昧奖。记得那是她上初一的时候，我们大家课间上厕所，她在厕所里捡到了一条大坠子的金项链是我们老师的订婚聘礼，她跑去教师办公室交给失物认领处。她说不是自己的东西不能要。她读中学的时候还很瘦小，当时学校在盖教学楼，需要自愿者帮忙搬砖，她是最勤快的一个。这点她的孩子们和她一样也很喜欢做义工帮助有需要的人。

这些年，表姐和表姐夫程时伦都很勤劳，勤俭节约，夫妻恩爱，孩子聪明懂事。对我们也很关爱，我由于生活的压力抑郁和过度劳累，2012年我才34岁被确诊为帕金森病。慢慢的病情越来越不好了，我心理上和身体上都承受着无比的痛。我父母在中国，表姐郑乐微她是我最亲的人。这些年是表姐的鼓励和陪伴让我挺过来。表姐不管多忙，她都会抽空总是隔三岔五的过来看望我，陪我聊天，她可以说，是我的心理治疗师，在很大程度上是她疏导了我，给了我很大的鼓励。在生活上，她也给了我们很多便利，她经常给我和孩子们带我们喜欢吃的食物，还带我们去购物，因为我现在腿脚不太方便，没办法好好走路，更不要说开车了，特别是时间到要吃药的时候或药刚吃下去的时候，身体僵硬和腿脚都不听使唤了，很痛，很痛，身体上的痛，折磨着我让我崩溃。看着年迈的父母，和年幼的孩子，我多少次无助的哭，我该怎么办？是表姐一次次的鼓励我，无论怎么样都要活下去，熬不住的时候，她总是会说会好的，要坚强，活下来，科技这么发达会研发出治疗的药，让我耐心等待，让我想想可爱的孩子，他们还需要我，一家人在一起家完整就是幸福，让孩子有爸爸妈妈，有爱，让孩子健康成长。表姐她是我的光，她引导着我。她不求回报的付出让我很感动。表姐总是很善良，她总说是自己的家人，就应该好好照顾，她平时对别人也是一样的，别人需要帮助的时候，她也是这样无私的伸出援助之手的，让我不要有任何的负担。她说只要我需要，她会一直在我身边好好的陪伴着，有任何紧急情况或不舒服的话，让我不要害怕，一定要马上联系她，她时常说，希望她孩子当医护人员要帮助更多的人减少病痛。在情感上和生活上，我也对她很依赖。我也很担心她，在此我恳求法官大人能原谅她的过错，我很肯定的说，她是个忠实善良的人，她已经知道自己错了，请您能宽恕她的过错。

送上我最诚挚的祝福，祝您平安健康！

杨忠月 9/16/2020

Dear Judge Cogan,

My name is Hunk Fu and I am an incoming sophomore at Stuyvesant High School.

The day the police came to our house was a confusing and slightly scary day. After I woke and quickly rushed out of the house I met up with my cousins who were clearly in distress. When they told me what was going on I was in disbelief. I have always known my aunt and uncle, Le Wei Zheng and Si Lung Chung, as the most kind, hard working people I know. When I was asked to write this I was glad to accept in hopes that it would help.

I have known my aunt and uncle for as long as I know, even living with them for most of my life. My aunt is always willing to accept new friends and treat them as family. She has a very outgoing personality and is always helping others and bringing everyone closer. At family gatherings and other events she always encourages people to have fun and makes sure they are being friendly to each other. At home she encourages us to always do our best whether it's at school or improving ourselves. She always spoils the kids and makes sure all of us eat a lot. She loves to give without expecting a return. She puts others before herself and always helps whenever we're in need. No matter who asks her for help, whether they're older or younger, she is always quick to be by their side.

She is always ready to help me and my parents. Whenever something goes wrong she is there to help us and keeps us company while we are going through tough times. She also settles our arguments if she feels as though the arguments are hurting our relationships with each other. She is a reliable adult I can always trust and an emergency contact if I ever need one. She never has any problems between her and her friends because she's always sure to end the argument before it becomes a bigger issue.

I hope that you can see my aunt is an honest person that works hard for their friends and family.

Sincerely,

Hunk Fu

(Translation of Letter from Le E Zheng)

September 17, 2020

Your Honor,

The morning of August 16, 2018, the moment of my sister Le Wei and my brother-in-law Si Lung were arrested was unreal to me. I even called 911. They are hard-working, kind and law-abiding people. As simple and unsophisticated as they are, they have no bad habits. In the past twenty and more years in the United States, they are good law-abiding citizens. They endure hardships and are capable of hard work, and they are frugal. Over the years, they accumulated some assets and fight hard for their American dream and make every effort to provide for their children with good and healthy environment to grow up. My sister and brother-in-law have two smart and considerate children who give them the drive to fight for a better life. Their two children understand the hard work their parents did and work very hard in their school. Their son Jack Chung is a senior in NYU majoring medicine. Their daughter Jenny was admitted to SUNY Stony Brook in medicine last year. Her parents' case might give her lots of stress and pressure during the time she was applying to colleges. She studied even harder in Stony Brook and was successfully admitted to Sophie Davis School of Biomedical Education. Because of their parents' kindness, both children have a loving heart. They often do volunteer work. Jack volunteers in hospitals and nursing homes, and Jenny volunteers in hospitals and tutoring programs. Both of them hope to provide the best help to others with their best effort. Jack not only studies very hard but also cares about the seniors. Jenny knew about her parents' bitter experience to improve their family's economic situation, as a child of the first generation immigrants who had little education and made only meager amount and needed more help, she tries her best to provide love and care to others. Both children inherit the kindness and love personality from their parents.

My family moved back to New York from Georgia in July 2017. I immediately went to work in Proya Fashion. My family of four lived in my sister's house for a whole year. I have been working in Proya since. During these years I was in Proya, I guarantee that it is a legitimate business. Its main products are low-end fashion handbags. Our customers are stores in shopping malls, chained stores, and online stores. Every spring and fall we go to ASD Exposition in Las Vegas to promote the sales of our products. My sister and brother-in-law handle these expositions on their own. They set up shelves and put on the displays. They do not complain of the hard labor that the work requires them to make. Proya's reputation of honesty and trustworthy has been established by their hard work. We at Proya have been working our way into today. That was why it shocked me when they were arrested. I could not believe it was real and even stupidly called 911 for them. A good deed goes unnoticed, but bad news has wings. My parents who lived far in China called us to ask whether it was truly happened. It was difficult for me to explain to my elderly parents what had happened. My sister and brother-in-law are the kind of filial children who report only the good news and not the bad. Our parents are plain and honest farmers. After they became aware of the case, they worry a lot. My sister and brother-in-law felt ashamed for causing our elderly parents to worry for them. I later became fully aware of what happened. My sister and brother-in-law do not have a good education and do not know much of the relevant laws. All they wanted to do is to help a friend. However their conduct is mistake. My sister made these mistakes due to her kindness and ignorance and she will

1

remember this lesson well. I plead to Your Honor to pardon them, and forgive the mistakes they have made. In the future I will help them stay out of trouble and abide the law, and strengthen their law awareness, and give more back to the community. May your merciful love and forgiveness be shown to them. We for the rest of our lives will be grateful for your mercy.

May God bless you with health and peace!

Sincerely,

Le E Zheng

亲爱的法官大人

您好！我是郑乐微的妹妹郑乐娥.

对于 8/16/2018 的早上，我姐姐郑乐微和姐夫程时伦被抓的那刻，我都无法置信那是真的，为此我还拨打了 911 报警电话。我姐姐和姐夫夫妻俩是勤劳善良努力上进安分守己的良民。姐姐姐夫是很简单，单纯的人，都没有什么不良嗜好。她们夫妻在美国二十几年，都是遵纪守法的好公民。姐姐和姐夫的勤劳善良，肯吃苦耐劳，省吃俭用，慢慢的累积，现在也小有成就。这些年姐姐和姐夫一直是为美国梦奋斗和贡献，为让孩子可以在良好的健康的生活环境成长而努力。姐姐和姐夫有两个聪明而且懂事的孩子，这也是他们这么多年拼搏奋斗的动力。他们的两个孩子也知道父母辛苦，学习很刻苦努力，儿子 JACK CHUNG 是 NYU 医学大四学生，女儿 Jenny 可能由于父母的案子可能给她有点压力和特担心，去年考入慈溪大学医科后更加努力刻苦读书，今年秋季考入 Sophie Davis 医学院。因为姐姐和姐夫两个人都是乐善好施，他们的孩子也很有爱心，经常尽量挤出来时间去做义工。JACK 经常去医院做义工和老人院做义工，Jenny 经常去医院做义工还跑去课后补习班做义工。孩子们都希望用自己最大的努力为别人提供最好的帮助。JACK 刻苦学习，关爱老人，Jenny 有听父母说起他们父母这辈的辛酸攀爬经历，知道第一移民家庭的子女，因为父母的文化程度不高，收入微薄而需要更多的帮助，她尽可能的给别人关爱和帮助，两个孩子都传承了我姐姐姐夫的善良和仁爱。

我一家人是 2017 年的 7 月从乔治亚搬回纽约，然后我到 PROYAFASHION 上班，我们一家子住在我姐姐家里住了一年。这些年，我在 PROYAFASHION 上班的日子里，我可以保证，我们都是规规矩矩的做合法生意。我们公司的产品最主要特征是物美价廉实用的时尚包包。我们的客户群基本上是商场里的店面，连锁店和网络销售。我们每年春秋都会去拉斯维加斯的 ASD 展销会推广我们的产品，姐姐姐夫都会亲历亲为，自己着手搭架子摆设样品，不怕脏不怕累的吃苦耐劳精神一直在努力工作着。我们做到至诚至信的商业口碑相当好。为此我很肯定的说我们一直遵纪守法兢兢业业的工作着，所以他们被抓时我才会很震惊，我还傻傻的打了 911 报警，我都不敢相信那是真的。好事不出门，坏事传千里，我远在中国的父母打电话问我是否真的有这个事情，我都不知道如何和家里年迈的父母提及此事，姐姐姐夫是个孝顺的人，这些年和父母总是只报喜不报忧的生活作风，父母是老实本分的农民，现在也是很担心他们的案件，姐姐和姐夫都很愧疚自己的事情让家里的老人操心了。这个事件的前因后果我也听说了，姐姐和姐夫俩没有好的文化程度，不太懂商业法律，只想帮朋友的忙，而造成了过错。姐姐因为她的善良和无知而犯错，她一定会牢记这次的教训。在此我恳请法官大人能宽恕她们，希望您能原谅她们这次的过错，以后的日子里，我也会提醒和鞭策着她们在未来的日子里要遵纪守法，有更好的法律意识，更好的回报社会。愿您慈悲的爱宽恕这对上有老下有小的夫妇。我们全家人这辈子都会无比的感激您的宽容！致以我最诚挚的祝愿，愿您万福安康！

郑乐娥

[signature] 9/17/2020

September 17, 2020

Dear Judge Cogan,

    My name is Judy Zhou and I am a sophomore biology major at Stony Brook University, studying to be a physician assistant.
    The day after the police arrested Le Wei Zheng and Si Lung Chung, I met up with their daughter Jenny Chung. She seemed so disheveled and distracted so I asked her what was wrong. She reluctantly told me about what had happened the day before and the charges brought against them. I was dumbfounded because I have known this family long enough to know that they have no ill-intent. I am aware of their crimes but quickly accepted Jenny's request to write this statement, hoping that I could be of help.
I have known Le Wei Zheng ever since I was a little girl, being both her neighbor and family friend. After all these years of knowing her, her bright outgoing personality never ceases to amaze me. She welcomes everyone with open arms and I know many mutual friends who would always turn to her for help and advice, whether it be little kids like her husband's niece, young adults like myself or older adults like her in laws. There is never bad blood between her and her acquaintances.
    Throughout the years, she felt like a second mother to me. My parents would be at work and she would let me come over. There would always be food for me and her kids and it It was like I was a part of the family. Most importantly, she never expects anything in return. I remember telling her how bad yet grateful I felt about her gifts but she would brush it off and say she enjoyed treating me. When I had arguments with my dad, she would be the one to tell me that my parents care for me in their own way and encourage me to deal with my issues responsibly by confronting them biologically related, she will always be a respected mother figure I could visit and give back to.
    Instead of worrying about her own health first, she puts others before herself. She would always make sure to provide the best of the best for the people around her. Not only is Le Wei always open to help her family and friends, she was one of the first people I knew to donate masks to help those who were impacted by COVID-19 and needed additional help. When I overheard what she did, I was surprised but did not expect any less from her. It was only late January when this happened, way before the virus was declared as a pandemic.
    I hope that you will consider my letter as a factor towards your decision and understand that Le Wei Zheng is a good person.

Sincerely,
Judy Zhou

*[signature: Judy Z]*



